BLOCK v. CITY OF CHARLEVOIX.

The decision in this case is controlled by the case of *Young* v. *City of Ann Arbor, ante,* 241.

Appeal from Charlevoix; Gilbert (Parm C.), J. Submitted March 28, 1934. (Docket No. 151, Calendar No. 37,778.) Decided June 4, 1934.

Bill by Martin Block against City of Charlevoix, a municipal corporation, and others to enjoin execution of municipal contracts for sewage disposal plant pursuant to Act No. 94, Pub. Acts 1933. Decree for plaintiff. Defendants appeal. Reversed, and bill dismissed.

*A. L. Fitch,* for plaintiff.

*Rollie L. Lewis,* for defendants.

*Patrick H. O'Brien,* Attorney General, *Chas. F. Cummins,* Assistant Attorney General, and *Walter P. North, amici curiæ.*

Nelson Sharpe, C. J.   The bill of complaint herein was filed to enjoin the defendant city and its officials from entering into a contract for the sale of self-liquidating bonds to be used in the construction of a sewage disposal plant under the provisions of Act No. 94, Pub. Acts 1933.   The trial court held the act to be unconstitutional and granted the relief prayed for, from which the defendants have appealed.

In *Young* v. *City of Ann Arbor, ante,* 241, in which a similar question was presented, this act was held to be constitutional and the right to enter into such a contract sustained.   Decision in this case is controlled thereby.

The decree appealed from is reversed, and one may be here entered dismissing the bill.   No costs will be allowed.

Potter, Fead, Wiest, Butzel, Bushnell and Edward M. Sharpe, JJ., concurred.   North, J., did not sit.